**Rule 1910.10. Alternative Hearing Procedures.**

(a)     The action shall proceed as prescribed by **[Rule]Pa.R.C.P. No.** 1910.11 unless the court by local rule adopts the alternative hearing procedure of **[Rule]Pa.R.C.P. No.** 1910.12.

(b)     The president judge or the administrative judge of Family Division of each county shall certify that all support proceedings in that county are conducted in accordance with either **[Rule]Pa.R.C.P. No.** 1910.11 or **[Rule]Pa.R.C.P. No.** 1910.12. The certification shall be filed with the Domestic Relations Procedural Rules Committee, and shall be substantially in the following form:

I hereby certify that _____ County conducts its support proceedings in accordance with **[Rule]Pa.R.C.P. No.** _____.

_____
(PRESIDENT JUDGE) (ADMINISTRATIVE JUDGE)

*Note*:  Pursuant to **[Rule]Pa.R.C.P. No.** 1910.10, the following counties have certified to the Domestic Relations Procedural Rules Committee that their support proceedings are conducted in accordance with the rule specified below.

\* \* \*

| | |
|---|---|
| Somerset | **[1910.12] 1910.11** |

\* \* \*